Rel: July 12, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2023-0868

Brent A. Legault v. William E. Fusaiotti (Appeal from Baldwin Circuit Court: CV-23-900144).

SHAW, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Bryan, Mendheim, and Mitchell, JJ., concur.